JOHN GILLIG & E. B. MOTT, Respondents, *v.* THE BURN-
ING MOSCOW MINING CO., Appellant.

Appealed from First District Court, Hon. Richard Rising
presiding.

*B. C. Whitman*, for Appellant.

*Crittenden & Sunderland*, for Respondent.

Opinion by Beatty, J., Brosnan, J., concurring.

The judgment in this case will be modified on the authority of *B.
F. Hastings & Co.* v. same defendant, and *J. C. Clark* v. same
defendant.

The Court below will modify the judgment by striking out all that
part thereof which requires the same to be paid or satisfied in gold
coin.

The appellant will recover its costs in this Court.

---

JOHN GILLIG, Respondent, *v.* THE BURNING MOSCOW
MINING CO., Appellant.

On Appeal from the First Judicial District, Hon. Richard Ris-
ing presiding.

*B. C. Whitman*, for Appellant.

*Crittenden & Sunderland*, for Respondent.

Opinion by Beatty, J., Brosnan, J., concurring.

The judgment in this case will be modified on the authority of *B.
F. Hastings & Co.* v. same defendant, and *J. C. Clark* v. same
defendant.

The Court below will modify the judgment by striking out all that
part thereof which requires the same to be paid or satisfied in gold
coin.

The appellant will recover its costs in this Court.